IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRIVACASH, INC.,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY,
INC. and AMERICAN EXPRESS
PREPAID CARD MANAGEMENT
CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-391-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting their motion for summary judgment with respect to plaintiff PrivaCash's claims that defendants infringed claims 1, 6 and 8-13 of United States Patent No. 7,328,181 and dismissing the remaining counterclaims without prejudice.

_____    10-5-10
Peter Oppeneer, Clerk of Court    Date